YOUNG CHEN, Respondent, v RUIHUA LI, Appellant.

Submitted August 16, 2010; decided October 21, 2010

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.